IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                             Case No. 4:21-cr-40021

ANTHONY WILLIS                                                                              DEFENDANT

## ORDER

On June 27, 2022, Defendant filed a Motion to Suppress. ECF No. 23. Defendant now moves the Court to withdraw the motion. ECF No. 38. Upon consideration, the Court finds that good cause has been shown for the instant motion. Accordingly, the Court finds that Defendant's Motion wo Withdraw (ECF No. 38) should be and hereby is **GRANTED**. Defendant's Motion to Suppress (ECF No. 23) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 18th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge